No. D–644. IN RE DISBARMENT OF JAFREE. It is ordered that Syed M. J. Igbal Jafree, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–645. IN RE DISBARMENT OF FREUDENBERG. It is ordered that Robert Edwin Freudenberg, of San Luis Obispo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–646. IN RE DISBARMENT OF MADSEN. It is ordered that Harry A. Madsen, of Park Ridge, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–1551. KARCHER, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY, ET AL. v. MAY ET AL. C. A. 3d Cir. [Probable jurisdiction postponed, 479 U. S. 1062.] Motion of Ronald Sokalski et al. for leave to intervene as appellants denied. Alternative request for leave to file a brief as *amici curiae* granted.